**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ROBERTO MONTANO DE JESUS, | No. 09-70716 |
| Petitioner, | Agency No. A076-346-619 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011**

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Roberto Montano de Jesus, a native and citizen of El Salvador, petitions pro

se for review of the Board of Immigration Appeals' order dismissing his appeal

from an immigration judge's decision denying deferral of removal under the

Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C.

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review for substantial evidence, *Lemus-Galvan v. Mukasey*, 518 F.3d 1081, 1084 (9th Cir. 2008), and we deny the petition for review.

Substantial evidence supports the agency's denial of deferral of removal because Montano de Jesus did not establish it is more likely than not he would be tortured if returned to El Salvador. *See* 8 C.F.R. §§ 1208.16(c)(2), 1208.17(a) (deferral of removal requires alien to show it is more likely than not he would be tortured).

**PETITION FOR REVIEW DENIED.**

09-70716